**Order entered October 27, 2022**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-01127-CV
No. 05-22-01128-CV
No. 05-22-01129-CV
No. 05-22-01130-CV
No. 05-22-01131-CV

## IN RE KENZIE NELSON, Relator

**Original Proceedings from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause Nos. F1133360, F1133384, F1133385, F1133386, &
F1133387**

## ORDER

Before Chief Justice Burns, Justice Partida-Kipness, and Justice Smith

Based on the Court's opinion of today's date, we **DISMISS** relator's petition for want of jurisdiction to the extent the petition seeks relief against the Dallas County District Clerk Felicia Pitre, Dallas County District Attorney John Creuzot, and the Dallas County District Attorney's Office.

We **DENY** relator's petition to the extent the petition seeks a writ of mandamus against the trial court.

/s/    CRAIG SMITH
JUSTICE